**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Edward LOWE, III, a/k/a
Jaimie, Defendant–
Appellant.**

No. 01–7824.

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

James Edward Lowe, III, Appellant Pro Se. Steven Hale Levin, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James Edward Lowe seeks to appeal the district court's order denying his mo-

tion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Lowe*, Nos. CR–98–214; CA–01–44–1 (M.D.N.C. Oct. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*